FILED - MQ
January 17, 2017 10:07 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/   Scanned by /JH

United States District Court
Western District of Michigan

Timothy Finley #266147
    plaintiff

CASE NO. 2:16-CV-253

HON. Gordon J Quist

MAG. Timothy P. Greeley

v.

ERICA NUSS, et al.,
       Defendants /

## Motion to Withdraw

I, timothy Finley, plaintiff in this case would like to withdraw the motion ask for A temporary restraining ORDER AND PRELIMINARY Injunction.

I'm glad to inform the courts this prison has finally put me in the Mental Health Program so there is no sense of urgency, so I am requesting that the said stated motion be withdrawn.

Date: Jan 12th, 2017

Respectfully submitted,
timothy Finley 266147
    in pro per
MBP
1960 US. HIGHWAY 41 South
Marquette, MI 49855

Timothy Finley 266147

State of Michigan
**Department of Corrections**
*"Committed to Protect, Dedicated to Success"*

Marquette Branch Prison
1960 U.S. 41 Highway South
Marquette, MI 49855

KINGSFORD MI 498

13 JAN 2017



02 1P  $000.46
0000811799   JAN 13 2017
MAILED FROM ZIP CODE 49855

Office of the Clerk
United States District Court
229 Federal Building
PO Box 698
MARQuette, MI 49855

498553O698