IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY FINLEY,

    Plaintiff,                                    Civil Action No. 2:16cv253

      v.

                                            Honorable GORDON J. QUEST

ERICA HUSS, Warden,
Marquette Branch Prison;
 and SARAH SCHROEDER,
Acting Deputy Warden,
Marquette Branch Prison,
Sued in their individual and
official capacities,

      Defendants.
_____/
Daniel Manville (P39731)
Counsel for Plaintiff
Director, Civil Rights Clinic
MI. State University College of Law
PO Box 1570
East Lansing, Michigan 48826
(517) 432-6866
daniel.manville@law.msu.edu
_____/

**NOTICE OF FRCP 41 VOLUNTARY DISMISSAL**

      Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff voluntary dismisses this action without prejudice.

Respectfully Submitted,

/s/ Daniel Manville
Daniel Manville (P39731)
Director, Civil Rights Clinic
Counsel for Plaintiff
Michigan State University College of Law
PO Box 1570
East Lansing, Michigan 48826
(517) 432-6866
daniel.manville@law.msu.edu